**ORIGINAL**

FILED IN CHAMBERS
U.S.D.C. Atlanta

MAR 1 1 2015

JAMES N. HATTEN, Clerk
By: _____
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

    *v.*

MAURICE SHULER
   A/K/A FRED,
GINO SHULER,
CHUCKY RANSOM,
SEPATER RANSOM,
DAMONTDRA RANSOM
   A/K/A POP,
MILTON MINTER
   A/K/A WHITE BOI,
BRIAN K. HIGHTOWER
   A/K/A BIG,
ANGELA L. WILLIAMS,
CHARLES E. BOLTON, JR.
   A/K/A LIGHTPOLE JONES,
MARIAH C. CLARK,
LOVELY RICHARDSON,
OSIRIS O. HERNANDEZ,
KIMBELA JORDAN,
RAYMON D. GALES,
JEREMY ARNOLD, AND
RODREKUS R. HARRIS

Criminal Indictment

No. **1:15-CR-0082**
(UNDER SEAL)

THE GRAND JURY CHARGES THAT:

**Count One**
**(Conspiracy)**

1. Beginning on a date unknown, but from at least in or about February 2011,

and continuing through the present, in the Northern District of Georgia and

elsewhere, the Defendants, MAURICE SHULER a/k/a Fred, GINO SHULER, CHUCKY RANSOM, SEPATER RANSOM, DAMONTDRA RANSOM a/k/a Pop, MILTON MINTER a/k/a White Boi, BRIAN K. HIGHTOWER a/k/a Big, ANGELA L. WILLIAMS, CHARLES E. BOLTON, JR. a/k/a Lightpole Jones, MARIAH C. CLARK, LOVELY RICHARDSON, OSIRIS O. HERNANDEZ, KIMBELA JORDAN, RAYMON D. GALES, JEREMY ARNOLD, and RODREKUS R. HARRIS, did combine, conspire, confederate, agree, and have a tacit understanding with each other and others known and unknown to the Grand Jury, to commit certain offenses, namely, (1) to knowingly receive, deliver, retain, and conceal Treasury checks, having a value of more than $1,000, with the knowledge that such Treasury checks were stolen and bore a falsely made and forged endorsement and signature, in violation of Title 18, United States Code, Section 510(b); (2) to steal, purloin, and knowingly convert to their own use and the use of another money and property belonging to the United States and an agency thereof, having a value of more than $1,000, in violation of Title 18, United States Code, Section 641; and (3) to falsely represent a number to be the Social Security number assigned by the Commissioner of Social Security to him and to another person, when in fact such number was not the Social Security number assigned by the Commissioner of Social Security to him and to such other person, with intent to deceive and for the purpose of obtaining anything of value, in violation of Title 42, United States Code, Section 408(a)(7)(B).

2

Manner and Means

2. At all times relevant to this indictment, the United States Department of the Treasury issued payments to beneficiaries in the form of checks on behalf of various departments, agencies, and bureaus of the federal government, including, but not limited to, the Internal Revenue Service, the Social Security Administration, and the Department of Veterans Affairs.

3. Defendants MAURICE SHULER a/k/a Fred and MILTON MINTER a/k/a White Boi, along with others known and unknown to the Grand Jury, obtained stolen U.S. Treasury checks from sources including employees of the United States Postal Service, within the Northern District of Georgia.

4. After obtaining the stolen U.S. Treasury checks, Defendants MAURICE SHULER a/k/a Fred and MILTON MINTER a/k/a White Boi negotiated stolen checks at business establishments, including Walmart and Kroger. They also provided stolen U.S. Treasury checks to a network of brokers and check cashers who negotiated the stolen checks at business establishments, including Walmart and Kroger.

5. As part of the conspiracy, Defendants GINO SHULER, CHUCKY RANSOM, SEPATER RANSOM, DAMONTDRA RANSOM a/k/a Pop, BRIAN K. HIGHTOWER a/k/a Big, ANGELA L. WILLIAMS, CHARLES E. BOLTON, JR. a/k/a Lightpole Jones, MARIAH C. CLARK, LOVELY RICHARDSON, OSIRIS O. HERNANDEZ, KIMBELA JORDAN, RAYMON D. GALES, JEREMY

3

ARNOLD, and RODREKUS R. HARRIS received stolen U.S. Treasury checks and negotiated them at business establishments, including Walmart and Kroger.

6. As part of the conspiracy, the Defendants forged endorsements and signatures on the stolen U.S. Treasury checks, and used fake and fraudulent identifications, including the names of the intended recipients of the stolen checks, to pose as the intended recipients and cash the checks.  To facilitate the cashing of stolen checks at Walmart, the Defendants used Social Security numbers belonging to other individuals and, on occasion, used their own Social Security numbers.

7. The Defendants shared the criminal proceeds of the fraud and spent the funds for their own use.  During the course of the conspiracy, the Defendants obtained and negotiated thousands of U.S. Treasury checks worth over $10 million.

Overt Acts

8. In furtherance of the conspiracy, and to effect the objects and purposes thereof, the Defendants committed the following overt acts, among others, within the Northern District of Georgia:

9. The Grand Jury incorporates by reference as overt acts the acts charged in Counts Two through Eighty-Three of this Indictment.

All in violation of Title 18, United States Code, Section 371.

## Counts Two Through Three
### (Theft of Government Property)

10. The Grand Jury re alleges and incorporates by reference paragraphs 2 through 8 of this Indictment as if fully set forth herein.

11. On or about the dates set forth below, in the Northern District of Georgia and elsewhere, the Defendant, MAURICE SHULER a/k/a Fred, aided and abetted by others known and unknown to the Grand Jury, did steal, purloin, and knowingly convert to his own use and the use of another money and property of the United States of America, having a value of more than $1,000, that is, the U.S. Treasury checks identified below:

| COUNT | DATE | AMOUNT |
|---|---|---|
| 2 | 3/11/2013 | $6,950.00 |
| 3 | 7/23/2013 | $3,617.68 |

All in violation of Title 18, United States Code, Sections 641 and 2.

## Counts Four through Five
### (Aggravated Identity Theft)

12. The Grand Jury re alleges and incorporates by reference paragraphs 2 through 8 of this Indictment as if fully set forth herein.

13. On or about the dates set forth below, in the Northern District of Georgia and elsewhere, the Defendant, MAURICE SHULER a/k/a Fred, aided and abetted by others known and unknown to the Grand Jury, did knowingly possess and use, without lawful authority, a means of identification of another

person, that person being identified below, during and in relation to committing

the felony violation identified below:

| COUNT | DATE | PERSON | FELONY VIOLATION |
|---|---|---|---|
| 4 | 3/11/2013 | M.F. | Theft of Government Property as alleged in Count 2 of this Indictment |
| 5 | 7/23/2013 | D.H. | Theft of Government Property as alleged in Count 3 of this Indictment |

All in violation of Title 18, United States Code, Sections 1028A(a)(1) and 2.

### Counts Six Through Eight
### (Theft of Government Property)

14. The Grand Jury re alleges and incorporates by reference paragraphs 2

through 8 of this Indictment as if fully set forth herein.

15. On or about the dates set forth below, in the Northern District of Georgia

and elsewhere, the Defendant, GINO SHULER, aided and abetted by others

known and unknown to the Grand Jury, did steal, purloin, and knowingly

convert to his own use and the use of another money and property of the United

States of America, having a value of more than $1,000, that is, the U.S. Treasury

checks identified below:

| COUNT | DATE | AMOUNT |
|---|---|---|
| 6 | 3/7/2013 | $2,130.00 |
| 7 | 11/14/2013 | $1,420.00 |
| 8 | 2/25/2014 | $1,854.30 |

All in violation of Title 18, United States Code, Sections 641 and 2.

## Counts Nine through Eleven
### (Aggravated Identity Theft)

16. The Grand Jury re alleges and incorporates by reference paragraphs 2 through 8 of this Indictment as if fully set forth herein.

17. On or about the dates set forth below, in the Northern District of Georgia and elsewhere, the Defendant, GINO SHULER, aided and abetted by others known and unknown to the Grand Jury, did knowingly possess and use, without lawful authority, a means of identification of another person, that person being identified below, during and in relation to committing the felony violation identified below:

| COUNT | DATE | PERSON | FELONY VIOLATION |
|-------|------|--------|------------------|
| 9 | 3/7/2013 | F.P. | Theft of Government Property as alleged in Count 6 of this Indictment |
| 10 | 11/14/2013 | C.R. | Theft of Government Property as alleged in Count 7 of this Indictment |
| 11 | 2/25/14 | V.S. | Theft of Government Property as alleged in Count 8 of this Indictment |

All in violation of Title 18, United States Code, Sections 1028A(a)(1) and 2.

## Counts Twelve Through Thirteen
### (Theft of Government Property)

18. The Grand Jury re alleges and incorporates by reference paragraphs 2 through 8 of this Indictment as if fully set forth herein.

7

19. On or about the dates set forth below, in the Northern District of Georgia and elsewhere, the Defendants, MAURICE SHULER a/k/a Fred, GINO SHULER, and CHUCKY RANSOM, aided and abetted by each other and others known and unknown to the Grand Jury, did steal, purloin, and knowingly convert to their own use and the use of another money and property of the United States of America, having a value of more than $1,000, that is, the U.S. Treasury checks identified below:

| COUNT | DATE | AMOUNT |
|-------|------|--------|
| 12 | 12/17/2013 | $1,653.65 |
| 13 | 12/17/2013 | $2,130.00 |

All in violation of Title 18, United States Code, Sections 641 and 2.

### Counts Fourteen through Fifteen
### (Aggravated Identity Theft)

20. The Grand Jury re alleges and incorporates by reference paragraphs 2 through 8 of this Indictment as if fully set forth herein.

21. On or about the dates set forth below, in the Northern District of Georgia and elsewhere, the Defendants, MAURICE SHULER a/k/a Fred, GINO SHULER, and CHUCKY RANSOM, aided and abetted by each other and others known and unknown to the Grand Jury, did knowingly possess and use, without lawful authority, a means of identification of another person, that person being

8

identified below, during and in relation to committing the felony violation identified below:

| COUNT | DATE | PERSON | FELONY VIOLATION |
|-------|------|--------|------------------|
| 14 | 12/17/2013 | J.F. | Theft of Government Property as alleged in Count 12 of this Indictment |
| 15 | 12/17/2013 | D.S. | Theft of Government Property as alleged in Count 13 of this Indictment |

All in violation of Title 18, United States Code, Sections 1028A(a)(1) and 2.

### Counts Sixteen Through Seventeen
### (Theft of Government Property)

22. The Grand Jury re alleges and incorporates by reference paragraphs 2 through 8 of this Indictment as if fully set forth herein.

23. On or about the dates set forth below, in the Northern District of Georgia and elsewhere, the Defendants, MAURICE SHULER a/k/a Fred and CHUCKY RANSOM, aided and abetted by each other and others known and unknown to the Grand Jury, did steal, purloin, and knowingly convert to their own use and the use of another money and property of the United States of America, having a value of more than $1,000, that is, the U.S. Treasury checks identified below:

| COUNT | DATE | AMOUNT |
|-------|------|--------|
| 16 | 10/31/2013 | $3,496.39 |
| 17 | 10/31/2013 | $2,130.00 |

All in violation of Title 18, United States Code, Sections 641 and 2.

9

## Counts Eighteen through Nineteen
### (Aggravated Identity Theft)

24. The Grand Jury re alleges and incorporates by reference paragraphs 2 through 8 of this Indictment as if fully set forth herein.

25. On or about the dates set forth below, in the Northern District of Georgia and elsewhere, the Defendants, MAURICE SHULER a/k/a Fred and CHUCKY RANSOM, aided and abetted by each other and others known and unknown to the Grand Jury, did knowingly possess and use, without lawful authority, a means of identification of another person, that person being identified below, during and in relation to committing the felony violation identified below:

| COUNT | DATE | PERSON | FELONY VIOLATION |
|-------|------|--------|------------------|
| 18 | 10/31/2013 | J.E. | Theft of Government Property as alleged in Count 16 of this Indictment |
| 19 | 10/31/2013 | J.K. | Theft of Government Property as alleged in Count 17 of this Indictment |

All in violation of Title 18, United States Code, Sections 1028A(a)(1) and 2.

## Counts Twenty Through Twenty-One
### (Theft of Government Property)

26. The Grand Jury re alleges and incorporates by reference paragraphs 2 through 8 of this Indictment as if fully set forth herein.

27. On or about the dates set forth below, in the Northern District of Georgia and elsewhere, the Defendant, CHUCKY RANSOM, aided and abetted by others known and unknown to the Grand Jury, did steal, purloin, and knowingly

convert to his own use and the use of another money and property of the United States of America, having a value of more than $1,000, that is, the U.S. Treasury checks identified below:

| COUNT | DATE | AMOUNT |
|---|---|---|
| 20 | 05/29/2013 | $2,218.36 |
| 21 | 06/13/2013 | $1,528.94 |

All in violation of Title 18, United States Code, Sections 641 and 2.

## Counts Twenty-Two through Twenty-Three
## (Aggravated Identity Theft)

28. The Grand Jury re alleges and incorporates by reference paragraphs 2 through 8 of this Indictment as if fully set forth herein.

29. On or about the dates set forth below, in the Northern District of Georgia and elsewhere, the Defendant, CHUCKY RANSOM, aided and abetted by others known and unknown to the Grand Jury, did knowingly possess and use, without lawful authority, a means of identification of another person, that person being identified below, during and in relation to committing the felony violation identified below:

| COUNT | DATE | PERSON | FELONY VIOLATION |
|---|---|---|---|
| 22 | 5/29/2013 | C.T. | Theft of Government Property as alleged in Count 20 of this Indictment |
| 23 | 6/13/2013 | P.L. | Theft of Government Property as alleged in Count 21 of this Indictment |

All in violation of Title 18, United States Code, Sections 1028A(a)(1) and 2.

## Count Twenty-Four
### (Theft of Government Property)

30. The Grand Jury re alleges and incorporates by reference paragraphs 2 through 8 of this Indictment as if fully set forth herein.

31. On or about the dates set forth below, in the Northern District of Georgia and elsewhere, the Defendant, SEPATER RANSOM, aided and abetted by others known and unknown to the Grand Jury, did steal, purloin, and knowingly convert to his own use and the use of another money and property of the United States of America, having a value of more than $1,000, that is, the U.S. Treasury checks identified below:

| COUNT | DATE | AMOUNT |
|---|---|---|
| 24 | 3/10/2013 | $1,885.36 |

All in violation of Title 18, United States Code, Sections 641 and 2.

## Count Twenty-Five
### (Aggravated Identity Theft)

32. The Grand Jury re alleges and incorporates by reference paragraphs 2 through 8 of this Indictment as if fully set forth herein.

33. On or about the dates set forth below, in the Northern District of Georgia and elsewhere, the Defendant, SEPATER RANSOM, aided and abetted by others known and unknown to the Grand Jury, did knowingly possess and use, without lawful authority, a means of identification of another person, that person being

12

identified below, during and in relation to committing the felony violation identified below:

| COUNT | DATE | PERSON | FELONY VIOLATION |
|-------|------|--------|------------------|
| 25 | 3/10/2013 | G.N. | Theft of Government Property as alleged in Count 24 of this Indictment |

All in violation of Title 18, United States Code, Sections 1028A(a)(1) and 2.

## Count Twenty-Six
### (Theft of Government Property)

34. The Grand Jury re alleges and incorporates by reference paragraphs 2 through 8 of this Indictment as if fully set forth herein.

35. On or about the dates set forth below, in the Northern District of Georgia and elsewhere, the Defendant, DAMONTDRA RANSOM a/k/a Pop, aided and abetted by others known and unknown to the Grand Jury, did steal, purloin, and knowingly convert to his own use and the use of another money and property of the United States of America, having a value of more than $1,000, that is, the U.S. Treasury checks identified below:

| COUNT | DATE | AMOUNT |
|-------|------|--------|
| 26 | 4/1/2014 | $2,218.00 |

All in violation of Title 18, United States Code, Sections 641 and 2.

13

## Count Twenty-Seven
### (Aggravated Identity Theft)

36. The Grand Jury re alleges and incorporates by reference paragraphs 2 through 8 of this Indictment as if fully set forth herein.

37. On or about the dates set forth below, in the Northern District of Georgia and elsewhere, the Defendant, DAMONTDRA RANSOM a/k/a Pop, aided and abetted by others known and unknown to the Grand Jury, did knowingly possess and use, without lawful authority, a means of identification of another person, that person being identified below, during and in relation to committing the felony violation identified below:

| COUNT | DATE | PERSON | FELONY VIOLATION |
|---|---|---|---|
| 27 | 4/1/2014 | J.W. | Theft of Government Property as alleged in Count 26 of this Indictment |

All in violation of Title 18, United States Code, Sections 1028A(a)(1) and 2.

## Count Twenty-Eight
### (Theft of Government Property)

38. The Grand Jury re alleges and incorporates by reference paragraphs 2 through 8 of this Indictment as if fully set forth herein.

39. On or about the dates set forth below, in the Northern District of Georgia and elsewhere, the Defendant, MILTON MINTER a/k/a White Boi, aided and abetted by others known and unknown to the Grand Jury, did steal, purloin, and knowingly convert to his own use and the use of another money and property of

14

the United States of America, having a value of more than $1,000, that is, the U.S. Treasury checks identified below:

| COUNT | DATE | AMOUNT |
|-------|------|--------|
| 28 | 03/26/2012 | $2,468.00 |

All in violation of Title 18, United States Code, Sections 641 and 2.

## Count Twenty-Nine
### (Aggravated Identity Theft)

40. The Grand Jury re alleges and incorporates by reference paragraphs 2 through 8 of this Indictment as if fully set forth herein.

41. On or about the dates set forth below, in the Northern District of Georgia and elsewhere, the Defendant, MILTON MINTER a/k/a White Boi, aided and abetted by others known and unknown to the Grand Jury, did knowingly possess and use, without lawful authority, a means of identification of another person, that person being identified below, during and in relation to committing the felony violation identified below:

| COUNT | DATE | PERSON | FELONY VIOLATION |
|-------|------|--------|------------------|
| 29 | 03/26/2012 | E.C. | Theft of Government Property as alleged in Count 28 of this Indictment |

All in violation of Title 18, United States Code, Sections 1028A(a)(1) and 2.

15

**Count Thirty**
**(Theft of Government Property)**

42. The Grand Jury re alleges and incorporates by reference paragraphs 2 through 8 of this Indictment as if fully set forth herein.

43. On or about the dates set forth below, in the Northern District of Georgia and elsewhere, the Defendants, MILTON MINTER a/k/a White Boi and LOVELY RICHARDSON, aided and abetted by each other and others known and unknown to the Grand Jury, did steal, purloin, and knowingly convert to their own use and the use of another money and property of the United States of America, having a value of more than $1,000, that is, the U.S. Treasury checks identified below:

| COUNT | DATE | AMOUNT |
|-------|------|--------|
| 30 | 3/5/2013 | $7,406.00 |

All in violation of Title 18, United States Code, Sections 641 and 2.

**Count Thirty-One**
**(Aggravated Identity Theft)**

44. The Grand Jury re alleges and incorporates by reference paragraphs 2 through 8 of this Indictment as if fully set forth herein.

45. On or about the dates set forth below, in the Northern District of Georgia and elsewhere, the Defendants, MILTON MINTER a/k/a White Boi and LOVELY RICHARDSON, aided and abetted by each other and others known and unknown to the Grand Jury, did knowingly possess and use, without lawful

authority, a means of identification of another person, that person being identified below, during and in relation to committing the felony violation identified below:

| COUNT | DATE | PERSON | FELONY VIOLATION |
|-------|------|--------|------------------|
| 31 | 3/5/2013 | D.S. | Theft of Government Property as alleged in Count 30 of this Indictment |

All in violation of Title 18, United States Code, Sections 1028A(a)(1) and 2.

## Counts Thirty-Two Through Thirty-Three
### (Theft of Government Property)

46. The Grand Jury re alleges and incorporates by reference paragraphs 2 through 8 of this Indictment as if fully set forth herein.

47. On or about the dates set forth below, in the Northern District of Georgia and elsewhere, the Defendant, LOVELY RICHARDSON, aided and abetted by others known and unknown to the Grand Jury, did steal, purloin, and knowingly convert to her own use and the use of another money and property of the United States of America, having a value of more than $1,000, that is, the U.S. Treasury checks identified below:

| COUNT | DATE | AMOUNT |
|-------|------|--------|
| 32 | 4/2/2013 | $1,420.00 |
| 33 | 4/2/2013 | $2,130.00 |

All in violation of Title 18, United States Code, Sections 641 and 2.

17

## Counts Thirty-Four through Thirty-Five
### (Aggravated Identity Theft)

48. The Grand Jury re alleges and incorporates by reference paragraphs 2 through 8 of this Indictment as if fully set forth herein.

49. On or about the dates set forth below, in the Northern District of Georgia and elsewhere, the Defendant, LOVELY RICHARDSON, aided and abetted by others known and unknown to the Grand Jury, did knowingly possess and use, without lawful authority, a means of identification of another person, that person being identified below, during and in relation to committing the felony violation identified below:

| COUNT | DATE | PERSON | FELONY VIOLATION |
|-------|------|--------|------------------|
| 34 | 4/2/2013 | C.C. | Theft of Government Property as alleged in Count 32 of this Indictment |
| 35 | 4/2/2013 | S.S. | Theft of Government Property as alleged in Count 33 of this Indictment |

All in violation of Title 18, United States Code, Sections 1028A(a)(1) and 2.

## Counts Thirty-Six Through Forty
### (Theft of Government Property)

50. The Grand Jury re alleges and incorporates by reference paragraphs 2 through 8 of this Indictment as if fully set forth herein.

51. On or about the dates set forth below, in the Northern District of Georgia and elsewhere, the Defendants, BRIAN K. HIGHTOWER a/k/a Big and ANGELA L. WILLIAMS, aided and abetted by each other and others known and

unknown to the Grand Jury, did steal, purloin, and knowingly convert to their own use and the use of another money and property of the United States of America, having a value of more than $1,000, that is, the U.S. Treasury checks identified below:

| COUNT | DATE | AMOUNT |
|-------|------|--------|
| 36 | 10/31/2013 | $1,022.00 |
| 37 | 10/31/2013 | $1,342.80 |
| 38 | 10/31/2013 | $1,893.36 |
| 39 | 10/31/2013 | $2,130.00 |
| 40 | 11/8/2013 | $2,130.00 |

All in violation of Title 18, United States Code, Sections 641 and 2.

## Counts Forty-One through Forty-Five
### (Aggravated Identity Theft)

52. The Grand Jury re alleges and incorporates by reference paragraphs 2 through 8 of this Indictment as if fully set forth herein.

53. On or about the dates set forth below, in the Northern District of Georgia and elsewhere, the Defendants, BRIAN K. HIGHTOWER a/k/a Big and ANGELA L. WILLIAMS, aided and abetted by each other and others known and unknown to the Grand Jury, did knowingly possess and use, without lawful authority, a means of identification of another person, that person being

19

identified below, during and in relation to committing the felony violation

identified below:

| COUNT | DATE | PERSON | FELONY VIOLATION |
|---|---|---|---|
| 41 | 10/31/2013 | J.C. | Theft of Government Property as alleged in Count 36 of this Indictment |
| 42 | 10/31/2013 | K.D. | Theft of Government Property as alleged in Count 37 of this Indictment |
| 43 | 10/31/2013 | E.M. | Theft of Government Property as alleged in Count 38 of this Indictment |
| 44 | 10/31/2013 | G.M. | Theft of Government Property as alleged in Count 39 of this Indictment |
| 45 | 11/8/2013 | A.W. | Theft of Government Property as alleged in Count 40 of this Indictment |

All in violation of Title 18, United States Code, Sections 1028A(a)(1) and 2.

## Counts Forty-Six Through Forty-Eight
### (Theft of Government Property)

54. The Grand Jury re alleges and incorporates by reference paragraphs 2

through 8 of this Indictment as if fully set forth herein.

55. On or about the dates set forth below, in the Northern District of Georgia

and elsewhere, the Defendants, CHARLES E. BOLTON, JR. a/k/a Lightpole

Jones and MARIAH C. CLARK, aided and abetted by each other and others

known and unknown to the Grand Jury, did steal, purloin, and knowingly

convert to their own use and the use of another money and property of the

United States of America, having a value of more than $1,000, that is, the U.S.

Treasury checks identified below:

20

| COUNT | DATE | AMOUNT |
|-------|------|--------|
| 46 | 8/15/2013 | $1,065.00 |
| 47 | 8/15/2013 | $2,356.94 |
| 48 | 9/23/2013 | $2,000.00 |

All in violation of Title 18, United States Code, Sections 641 and 2.

## Counts Forty-Nine through Fifty-One
### (Aggravated Identity Theft)

56. The Grand Jury re alleges and incorporates by reference paragraphs 2 through 8 of this Indictment as if fully set forth herein.

57. On or about the dates set forth below, in the Northern District of Georgia and elsewhere, the Defendants, CHARLES E. BOLTON, JR. a/k/a Lightpole Jones and MARIAH C. CLARK, aided and abetted by each other and others known and unknown to the Grand Jury, did knowingly possess and use, without lawful authority, a means of identification of another person, that person being identified below, during and in relation to committing the felony violation identified below:

| COUNT | DATE | PERSON | FELONY VIOLATION |
|-------|------|--------|------------------|
| 49 | 8/15/2013 | J.K. | Theft of Government Property as alleged in Count 46 of this Indictment |
| 50 | 8/15/2013 | K.F. | Theft of Government Property as alleged in Count 47 of this Indictment |
| 51 | 9/23/2013 | B.H. | Theft of Government Property as alleged in Count 48 of this Indictment |

All in violation of Title 18, United States Code, Sections 1028A(a)(1) and 2.

## Counts Fifty-Two Through Fifty-Three
### (Theft of Government Property)

58. The Grand Jury re alleges and incorporates by reference paragraphs 2 through 8 of this Indictment as if fully set forth herein.

59. On or about the dates set forth below, in the Northern District of Georgia and elsewhere, the Defendant, OSIRIS O. HERNANDEZ, aided and abetted by others known and unknown to the Grand Jury, did steal, purloin, and knowingly convert to her own use and the use of another money and property of the United States of America, having a value of more than $1,000, that is, the U.S. Treasury checks identified below:

| COUNT | DATE | AMOUNT |
|-------|------|--------|
| 52 | 12/1/2013 | $1,031.00 |
| 53 | 12/1/2013 | $1,041.00 |

All in violation of Title 18, United States Code, Sections 641 and 2.

## Counts Fifty-Four through Fifty-Five
### (Aggravated Identity Theft)

60. The Grand Jury re alleges and incorporates by reference paragraphs 2 through 8 of this Indictment as if fully set forth herein.

61. On or about the dates set forth below, in the Northern District of Georgia and elsewhere, the Defendant, OSIRIS O. HERNANDEZ, aided and abetted by others known and unknown to the Grand Jury, did knowingly possess and use,

without lawful authority, a means of identification of another person, that person being identified below, during and in relation to committing the felony violation identified below:

| COUNT | DATE | PERSON | FELONY VIOLATION |
|---|---|---|---|
| 54 | 12/1/2013 | S.B. | Theft of Government Property as alleged in Count 52 of this Indictment |
| 55 | 12/1/2013 | C.J. | Theft of Government Property as alleged in Count 53 of this Indictment |

All in violation of Title 18, United States Code, Sections 1028A(a)(1) and 2.

### Counts Fifty-Six Through Fifty-Nine
### (Theft of Government Property)

62. The Grand Jury re alleges and incorporates by reference paragraphs 2 through 8 of this Indictment as if fully set forth herein.

63. On or about the dates set forth below, in the Northern District of Georgia and elsewhere, the Defendant, KIMBELA JORDAN, aided and abetted by others known and unknown to the Grand Jury, did steal, purloin, and knowingly convert to her own use and the use of another money and property of the United States of America, having a value of more than $1,000, that is, the U.S. Treasury checks identified below:

| COUNT | DATE | AMOUNT |
|---|---|---|
| 56 | 2/25/2014 | $2,084.66 |
| 57 | 3/1/2014 | $2,823.00 |

23

| COUNT | DATE | AMOUNT |
|---|---|---|
| 58 | 3/1/2014 | $2,742.00 |
| 59 | 3/3/2014 | $1,185.00 |

All in violation of Title 18, United States Code, Sections 641 and 2.

## Counts Sixty through Sixty-Three
### (Aggravated Identity Theft)

64. The Grand Jury re alleges and incorporates by reference paragraphs 2 through 8 of this Indictment as if fully set forth herein.

65. On or about the dates set forth below, in the Northern District of Georgia and elsewhere, the Defendant, KIMBELA JORDAN, aided and abetted by others known and unknown to the Grand Jury, did knowingly possess and use, without lawful authority, a means of identification of another person, that person being identified below, during and in relation to committing the felony violation identified below:

| COUNT | DATE | PERSON | FELONY VIOLATION |
|---|---|---|---|
| 60 | 2/25/2014 | S.W. | Theft of Government Property as alleged in Count 56 of this Indictment |
| 61 | 3/1/2014 | V.G. | Theft of Government Property as alleged in Count 57 of this Indictment |
| 62 | 3/1/2014 | O.D. | Theft of Government Property as alleged in Count 58 of this Indictment |
| 63 | 3/3/2014 | E.B. | Theft of Government Property as alleged in Count 59 of this Indictment |

All in violation of Title 18, United States Code, Sections 1028A(a)(1) and 2.

24

## Counts Sixty-Four Through Sixty-Seven
### (Theft of Government Property)

66. The Grand Jury re alleges and incorporates by reference paragraphs 2 through 8 of this Indictment as if fully set forth herein.

67. On or about the dates set forth below, in the Northern District of Georgia and elsewhere, the Defendants, RAYMON D. GALES and RODREKUS R. HARRIS, aided and abetted by each other and others known and unknown to the Grand Jury, did steal, purloin, and knowingly convert to their own use and the use of another money and property of the United States of America, having a value of more than $1,000, that is, the U.S. Treasury checks identified below:

| COUNT | DATE | AMOUNT |
|-------|------|--------|
| 64 | 10/8/2013 | $2,226.30 |
| 65 | 10/8/2013 | $2,130.00 |
| 66 | 10/8/2013 | $1,420.02 |
| 67 | 10/9/2013 | $1,164.00 |

All in violation of Title 18, United States Code, Sections 641 and 2.

## Counts Sixty-Eight through Seventy-One
### (Aggravated Identity Theft)

68. The Grand Jury re alleges and incorporates by reference paragraphs 2 through 8 of this Indictment as if fully set forth herein.

69. On or about the dates set forth below, in the Northern District of Georgia and elsewhere, the Defendants, RAYMON D. GALES and RODREKUS R.

25

HARRIS, aided and abetted by each other and others known and unknown to the Grand Jury, did knowingly possess and use, without lawful authority, a means of identification of another person, that person being identified below, during and in relation to committing the felony violation identified below:

| COUNT | DATE | PERSON | FELONY VIOLATION |
|---|---|---|---|
| 68 | 10/8/2013 | J.S. | Theft of Government Property as alleged in Count 64 of this Indictment |
| 69 | 10/8/2013 | R.H. | Theft of Government Property as alleged in Count 65 of this Indictment |
| 70 | 10/8/2013 | A.S. | Theft of Government Property as alleged in Count 66 of this Indictment |
| 71 | 10/9/2013 | J.O. | Theft of Government Property as alleged in Count 67 of this Indictment |

All in violation of Title 18, United States Code, Sections 1028A(a)(1) and 2.

**Count Seventy-Two**
**(Theft of Government Property)**

70. The Grand Jury re alleges and incorporates by reference paragraphs 2 through 8 of this Indictment as if fully set forth herein.

71. On or about the dates set forth below, in the Northern District of Georgia and elsewhere, the Defendants, JEREMY ARNOLD and MARIAH C. CLARK, aided and abetted by each other and others known and unknown to the Grand Jury, did steal, purloin, and knowingly convert to their own use and the use of another money and property of the United States of America, having a value of more than $1,000, that is, the U.S. Treasury checks identified below:

| COUNT | DATE | AMOUNT |
|:-----:|:----:|:------:|
| 72 | 10/19/2013 | $1,278.00 |

All in violation of Title 18, United States Code, Sections 641 and 2.

### Count Seventy-Three
### (Aggravated Identity Theft)

72. The Grand Jury re alleges and incorporates by reference paragraphs 2 through 8 of this Indictment as if fully set forth herein.

73. On or about the dates set forth below, in the Northern District of Georgia and elsewhere, the Defendants JEREMY ARNOLD and MARIAH C. CLARK, aided and abetted by each other and others known and unknown to the Grand Jury, did knowingly possess and use, without lawful authority, a means of identification of another person, that person being identified below, during and in relation to committing the felony violation identified below:

| COUNT | DATE | PERSON | FELONY VIOLATION |
|:-----:|:----:|:------:|:----------------|
| 73 | 10/19/2013 | M.V. | Theft of Government Property as alleged in Count 72 of this Indictment |

All in violation of Title 18, United States Code, Sections 1028A(a)(1) and 2.

### Counts Seventy-Four Through Seventy-Eight
### (Theft of Government Property)

74. The Grand Jury re alleges and incorporates by reference paragraphs 2 through 8 of this Indictment as if fully set forth herein.

75. On or about the dates set forth below, in the Northern District of Georgia and elsewhere, the Defendants, MAURICE SHULER a/k/a Fred and JEREMY ARNOLD, aided and abetted by each other and others known and unknown to the Grand Jury, did steal, purloin, and knowingly convert to their own use and the use of another money and property of the United States of America, having a value of more than $1,000, that is, the U.S. Treasury checks identified below:

| COUNT | DATE | AMOUNT |
|-------|------|--------|
| 74 | 11/17/2013 | $1,648.00 |
| 75 | 11/17/2013 | $1,499.76 |
| 76 | 11/17/2013 | $1,324.00 |
| 77 | 11/17/2013 | $1,478.46 |
| 78 | 11/17/2013 | $2,130.00 |

All in violation of Title 18, United States Code, Sections 641 and 2.

### Counts Seventy-Nine through Eighty-Three
### (Aggravated Identity Theft)

76. The Grand Jury re alleges and incorporates by reference paragraphs 2 through 8 of this Indictment as if fully set forth herein.

77. On or about the dates set forth below, in the Northern District of Georgia and elsewhere, the Defendants, MAURICE SHULER a/k/a Fred and JEREMY ARNOLD, aided and abetted by each other and others known and unknown to the Grand Jury, did knowingly possess and use, without lawful authority, a

means of identification of another person, that person being identified below,

during and in relation to committing the felony violation identified below:

| COUNT | DATE | PERSON | FELONY VIOLATION |
|---|---|---|---|
| 79 | 11/17/2013 | D.M. | Theft of Government Property as alleged in Count 74 of this Indictment |
| 80 | 11/17/2013 | R.W. | Theft of Government Property as alleged in Count 75 of this Indictment |
| 81 | 11/17/2013 | C.G. | Theft of Government Property as alleged in Count 76 of this Indictment |
| 82 | 11/17/2013 | D.C. | Theft of Government Property as alleged in Count 77 of this Indictment |
| 83 | 11/17/2013 | M.A. | Theft of Government Property as alleged in Count 78 of this Indictment |

All in violation of Title 18, United States Code, Sections 1028A(a)(1) and 2.

## Forfeiture Provision

78. As a result of committing one or more of the offenses alleged in Counts
One through Three, Six through Eight, Twelve through Thirteen, Sixteen through
Seventeen, Twenty through Twenty-One, Twenty-Four, Twenty-Six, Twenty-
Eight, Thirty, Thirty-Two through Thirty-Three, Thirty-Six through Forty, Forty-
Six through Forty-Eight, Fifty-Two through Fifty-Three, Fifty-Six through Fifty-
Nine, Sixty-Four through Sixty-Seven, Seventy-Two, and Seventy-Four through
Seventy-Eight of this Indictment, the Defendants, MAURICE SHULER a/k/a
Fred, GINO SHULER, CHUCKY RANSOM, SEPATER RANSOM,
DAMONTDRA RANSOM a/k/a Pop, MILTON MINTER a/k/a White Boi,

BRIAN K. HIGHTOWER a/k/a Big, ANGELA L. WILLIAMS, CHARLES E.

BOLTON, JR. a/k/a Lightpole Jones, MARIAH C. CLARK, LOVELY

RICHARDSON, OSIRIS O. HERNANDEZ, KIMBELA JORDAN, RAYMON D.

GALES, JEREMY ARNOLD, and RODREKUS R. HARRIS, shall forfeit to the

United States pursuant to Title 18, United States Code, Section 981(a)(1)(C) and

Title 28, United States Code, Section 2461,  all property, real and personal,

constituting or derived from proceeds traceable to the offenses.

   79. If, as a result of any act or omission of a defendant, any property subject to

forfeiture:

> a.  cannot be located upon the exercise of due diligence;
>
> b.  has been transferred or sold to, or deposited with,  a third person;
>
> c.  has been placed beyond the jurisdiction of the Court;
>
> d.  has been substantially diminished in value; or
>
> e.  has been commingled with other property which cannot be
>
>     subdivided without difficulty;

the United States intends, pursuant to Title 21, United States Code, Section 853(p)

and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other

property of said defendant up to the value of the forfeitable property.

A _____ BILL

FOREPERSON

30

JOHN A. HORN
  *Acting United States Attorney*

STEPHEN H. MCCLAIN
  *Assistant United States Attorney*
Georgia Bar No. 143186

600 U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181