IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA,

v.

GINO SHULER,

Defendant.

CRIMINAL CASE NO.
1:15-CR-0082-TCB-LTW

**MAGISTRATE JUDGE'S FINAL REPORT AND RECOMMENDATION**

This matter is presently before the Court to determine the competency of Defendant Gino Shuler ("Defendant") to stand trial. Defendant has been indicted by the Grand Jury for one count of conspiracy to defraud the United States in violation of 18 U.S. § 371; five counts of stealing money of the United States in violation of 18 U.S.C. § 641; and five counts of aggravated identity theft in violation of 18 U.S.C.§ 1028A(a)(1) and 2, all of which arise from a scheme to cash stolen United States Treasury checks. (Doc. 1). This Court held a competency hearing on January 6, 2017. (Doc. 493). The undersigned reports that Defendant is not presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense. Instead, this Court finds Defendant Gino Shuler has sufficient present ability to consult with his lawyer with a reasonable degree of rational understanding and has a rational as well as factual understanding of the proceedings

against him. Therefore, the undersigned **RECOMMENDS** that Defendant be found **COMPETENT** to stand trial.[1]

**IT IS SO REPORTED AND RECOMMENDED**, this  27  day of April, 2017.

/s/Linda T. Walker
LINDA T. WALKER
UNITED STATES MAGISTRATE JUDGE

---

[1] Because of the sensitive nature of certain information provided in the Report and Recommendation ("R&R"), this Court has filed the R&R under seal.