IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GINO SHULER,<br><br>    Defendant. | CRIMINAL ACTION<br><br>NO. 1:15-cr-0082-TCB |

## O R D E R

This case comes before the Court on Magistrate Judge Linda T. Walker's Final Report and Recommendation (the "R&R") [554], which recommends that Defendant Gino Shuler be found competent to stand trial. No objections to the R&R have been filed.

The Court has conducted a "careful and complete" review of the R&R. *Williams v. Wainwright*, 681 F.2d 732, 732 (11th Cir. 1982) (per curiam). Having done so, it finds no plain error in its factual findings or legal conclusions. *See Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006) (holding that where no objection is made to an R&R, it need be reviewed only for clear error).

Accordingly, the Court adopts as its Order the R&R [554]. Shuler is competent to stand trial.

IT IS SO ORDERED this 18th day of May, 2017.

_____
Timothy C. Batten, Sr.
United States District Judge